**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-2023**

---

RITA NADINE RUBENDALL,

Plaintiff - Appellant,

versus

TOMMY G. THOMPSON, Secretary, Department of
Health and Human Services,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
04-2554-8-PJM)

---

Submitted:  February 3, 2006      Decided:  February 16, 2006

---

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Rita Nadine Rubendall, Appellant Pro Se. Neil Ray White, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rita Nadine Rubendall appeals the district court's order granting summary judgment in favor of her employer in her civil action alleging claims of employment discrimination under Title VII of the Civil Rights Act of 1964. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Rubendall v. Thompson, No. CA-04-2554-8-PJM (D. Md. Aug. 11, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED